1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLEVELAND SMITH,                          No.  2:14-cv-1316-EFB P

12                  Petitioner,

13         v.                                   ORDER

14   MARGARET MIMS,

15                  Respondent.

16

17         Cleveland Smith, a county inmate without counsel, seeks a writ of habeas corpus pursuant

18   to 28 U.S.C. § 2254.  He is confined to the Fresno County Jail, and claims that he should be

19   released because the Fresno County Superior Court dismissed the charges against him.

20   Therefore, this action should have been commenced in the district court in Fresno.  E.D. Cal.

21   Local Rule 120(d).

22         Accordingly, it is hereby ordered that:

23         1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

24   120(f).

25         2.  The Clerk of Court shall assign a new case number.

26   /////

27   /////

28   /////

1

3.  All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Dated:  June 3, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE